BETSEY A. BLAIR, Respondent, *v.* D. MUNRO HILL, as Assignee of ROGER & COMPANY, Appellant, et al.

*Blair* v. *Hill,* 50 App. Div. 33, affirmed.
(Argued January 25, 1901; decided February 15, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered April 7, 1900, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Homer Weston* for appellant.

*Ceylon H. Lewis* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ. Taking no part: PARKER, Ch. J.